154 A.3d 678

ANN AARONS, ADMINISTRATRIX AD PROSEQUENDUM AND GENERAL ADMINISTRATRIX OF ESTATE OF CORDELL R. AARONS, JR., DECEASED, CORDELL R. AARONS, SR., INDIVIDUALLY, AND ANN AARONS, INDIVIDUALLY, PLAINTIFFS-PETITIONERS, v. KATHERINE APONTE, STATE OF NEW JERSEY, COUNTY OF OCEAN, TOWNSHIP OF TOMS RIVER, AND TOWNSHIP OF LAKEWOOD, DEFENDANTS-RESPONDENTS.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003049-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.